**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JOHN DOE, | : | Case No. 3:26-cv-253 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| UNIVERSITY OF DAYTON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This case is hereby ordered to be transferred from Magistrate Judge Peter B. Silvain, Jr.

to Magistrate Judge Caroline H. Gentry.

**IT IS SO ORDERED.**

July 21, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge