**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cv-253 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| UNIVERSITY OF DAYTON, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant, | : | |
| | : | |
| | : | |

---

## RECOMMITTAL ORDER

---

This case is before the Court on Plaintiff's Objections to the Report and Recommendation ("Objections") (Doc. No. 5), and the Report and Recommendation (Doc. No. 3) of Magistrate Judge Caroline H. Gentry. With her Report and Recommendation, the Magistrate Judge recommends the denial of Plaintiff's pending Motion to Proceed *In Forma Pauperis* (Doc. No. 1).

Having preliminarily considered Plaintiff's Objections and the exhibits attached thereto, the Court believes the Objections will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge for further consideration of Plaintiff's eligibility to proceed *in forma pauperis*.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, November 10, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE